B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Southern District of Georgia

In re  **Angelita Lawanna Sanders**                                    Case No.  **08-40276**
                                    Debtor(s)                          Chapter  **13**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, **Angelita Lawanna Sanders**, the debtor in the above-styled case, hereby certify that on **November 1, 2010**, I completed an instructional course in personal financial management provided by **CCCS-Savannah**, an approved personal financial management provider.

Certificate No. (if any): **01568-GAS-DE-012871494**.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
  ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
  ☐ Active military duty in a military combat zone; or
  ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  **/s/ Angelita Lawanna Sanders**
                      **Angelita Lawanna Sanders**

Date:  **November 4, 2010**

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 01568-GAS-DE-012871494

Bankruptcy Case Number: 08-40276


01568-GAS-DE-012871494

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 1, 2010</u>, at <u>11:45</u> o'clock <u>AM EDT</u>, <u>Angelita Lawanna Sanders</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Credit Counseling Service of the Savannah Area, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Georgia</u>.

Date:   <u>November 2, 2010</u>          By:   <u>/s/JENNIFER SIKES</u>

                                      Name: <u>JENNIFER SIKES</u>

                                      Title: <u>COUNSELOR</u>

SOUTHERN DISTRICT OF GEORGIA                                Case No. 08-40276
STATE OF GEORGIA

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the

**DEBTORS' CERTIFICATE OF COMPLETION OF FINANCIAL MANAGEMENT COURSE** to the parties outlined below in Exhibit "A" pursuant to Local ECF Rule 9.

Submitted: November 4, 2010

*Elizabeth Siaczka*
Elizabeth Siaczka, Legal Secretary
For the Firm

Post Office Box 8012
Savannah, Georgia 31412
(912) 232-0203

EXHIBIT "A"

O. Byron Meredith, III, Chapter 13 Trustee