# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Angelita L. Sanders**
    Debtor

Case No.: 08–40276–LWD
Judge: Lamar W. Davis Jr.

Chapter: 13

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

***IT IS ORDERED THAT:***

☒ O. Byron Meredith III is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and

☒ The chapter 13 case of the above debtor is closed; and

☐ Other provisions:

        Lamar W. Davis Jr.,
        United States Bankruptcy Judge
        PO Box 8347
        Savannah, GA 31412

Dated: February 24, 2011

B271 [Rev. 06/05] **JRB**